UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRUCE E. SCHWOMEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:03-cv-1637-JDT-WTL |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER AWARDING COSTS**

Plaintiff, Bruce E. Schwomeyer, is awarded $150 in costs to be taxed against the Defendant, Jo Anne B. Barnhart, Commissioner of Social Security.

ALL OF WHICH IS ORDERED this 13th day of March 2006.

John Daniel Tinder, Judge
United States District Court

Copies to:

G. Robert Wright
grwright1@ameritech.net

Eric Schnaufer
eric@schnaufer.com

Thomas E. Kieper
tom.kieper@usdoj.gov